January 28, 1974.

M. P. No. 73-256. IN RE PETITION OF RAYMOND L. BACCALA, JR. Petitioner, Raymond L. Baccala, Jr., pursuant to his request, granted permission to take the February 1974 bar examination. Roberts, C. J. not participating. *Raymond L. Baccala, Jr.,* petitioner, pro se.

January 31, 1974.

M. P. No. 74-18. STATE *v.* LEO DESROCHES. Petition of defendant for stay of sentence on February 4, 1974 and for release after judgment of conviction and for other relief, as prayed, is denied. Roberts, C. J. not participating. *Richard J. Israel,* Attorney General, for plaintiff. Leo Desroches, defendant, pro se.

February 4, 1974.

M. P. No. 73-318. NEW PROVIDENCE REALTY CORPORATION *v.* RAYMOND R. COIA *et. al.* Petition for writ of certiorari denied. Roberts, C. J. not participating. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for petitioner. *Paul J. Bordieri, Joseph F. Penza, Jr.,* for respondents.

M. P. No. 73-326. RUTH S. OLEVSON *v.* SAMUEL A. OLEVSON. Petition for writ of certiorari is denied. Motion for stay of operation of Family Court decree is denied. Roberts, C. J. not participating. *Sanford H. Gorodetsky,* for plaintiff-respondent. *Samuel A. Olevson,* defendant-petitioner, pro se.

M. P. No. 74-5. IDA MAZICK *v.* INDUSTRIAL NATIONAL BANK OF RHODE ISLAND, *individually, in its capacity as Executor of Estate of Samuel Mazick, and in its capacity as Trustee.* Petition of defendant-petitioner for writ of certiorari is denied. Roberts, C. J. not participating. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for plaintiff-respondent. *Hinckley, Allen, Salisbury & Parsons, Ernest C. Torres,* for defendant-petitioner.